1
2                                                        O
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9             FOR THE CENTRAL DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA  )    CR 02-00531-RSWL-1
                              ) √  CV 11-10505-RSWL
12           Plaintiff,       )
                              )
13                            ) **ORDER re: Defendant's**
         v.                   ) **Motion for Extension of**
14                            ) **Time [406, 407]**
                              )
15  CENOBIO H. HERRERA, SR.,  )
                              )
16           Defendant.       )
                              )
17                            )
18  ─────────────────────────
19      Currently before the Court is Defendant Cenobio H.
20  Herrera's ("Defendant") Motions for Extension of Time
21  [**406, 407**], filed on March 19, 2012 and April 25, 2012.
22  Having reviewed all papers submitted pertaining to this
23  Motion, the Court **NOW FINDS AND RULES AS FOLLOWS:**
24      Defendant's Motions are **GRANTED**.  Defendant
25  requests an extension of time to file his Reply to the
26  Government's Opposition to Defendant's Motion to Vacate,
27  Set Aside, Correct Sentence [403].  Defendant moves the
28  Court to extend his deadline to Reply from March 30,

2012 to August 30, 2012, because he is not in possession of the necessary documents to properly draft his Reply. Good cause having been shown, the Court hereby **GRANTS** Defendant's Motions for Extension of Time.  Therefore, the Court hereby orders Defendant to submit his Reply on or before August 30, 2012.

**IT IS SO ORDERED.**

Dated: May 10, 2012

                    RONALD S.W. LEW

**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge